8

United States District Court
Southern District of Texas
ENTERED

DEC 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-97-156 |
| | * | |
| CAJUN COTTON, INC. | * | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. §636(c).

| Signature | Party Represented | Date |
|---|---|---|
| [signature] | CAJUN COTTON, INC. | 11-15-99 |
| [signature] | UNITED STATES OF AMERICA | 11-26-99 |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

JOHN WILLIAM BLACK

to conduct all further proceedings, including final judgment.

11-30-99
DATE

[signature] HILDA G. TAGLE
~~FILEMON B. VELA~~  HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE