9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 27 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-156 |
| | § | |
| CAJUN COTTON SALES, INC. | § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On this 27th day of January, 2000, this Court considered the United States' Motion for Summary Judgment and Supporting Memorandum. (Docket No. 7). Having reviewed the Motion, the arguments of counsel, pleadings and exhibits, this Court finds that the United States has established a prima facie case for breach of contract and that judgment should be entered for the United States as a matter of law.

THEREFORE, IT IS ORDERED that the United States' Motion for Summary Judgment be GRANTED.

IT IS FURTHER ORDERED, that counsel for the United States prepare and submit a Final Judgment for execution in accordance with the Federal Rules of Civil Procedure.

SIGNED at Brownsville, Texas, this 27th day of January, 2000.

John Wm. Black
United States Magistrate Judge