12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 18 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. B-97-156 |
| CAJUN COTTON SALES, INC., | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The United States shall take from defendant Cajun Cotton Sales, Inc. $27,481.81 as follows:

|  |  | Accrual date |
|---|---|---|
| Invoice 9500015 | $26,381.81 | 2/2/95 |
| Invoice 9500018 | 520.00 | 2/13/95 |
| Invoice 9500017 | 580.00 | 1/17/95 |
| total | $27,481.81 | |

Plus prejudgment interest at the rate of 11.125 % per annum from the accrual date and post judgment interest as allowed by 28 U.S.C. sec. 1961. Costs are taxed against Cajun Cotton Sales, Inc.

Signed on 18 FEBRUARY, 2000

JOHN WM. BLACK
United States Magistrate Judge